1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
8

9  RANJIT KAUR,                    )    No. 1:07-CV-347 OWW NEW
          Plaintiff,                )
10                                  )    STIPULATION TO TRANSFER VENUE
       v.                           )    OF ACTION TO NORTHERN DISTRICT
11                                  )    OF CALIFORNIA AND ORDER
   Michael Chertoff, Secretary of Homeland )
12 Security, et al.                 )    [28 U.S.C. § 1406(a)]
                                    )
13        Defendants.               )
                                    )
14 _____ )

15

16     This is an action arising under 8 U.S.C. § 1447(b). Plaintiff, a resident of San Leandro,

17 California, alleges that she attended a naturalization examination on February 13, 2006, in

18 Fresno, California, but that her application remains unadjudicated.

19     Pursuant to 8 U.S.C. § 1447(b), if there is failure to make a naturalization determination

20 120 days or more after the date of a naturalization examination, the applicant may apply to the

21 United States District Court for the district in which the applicant resides for a hearing on the

22 matter.

23     San Leandro, California is located in Alameda County, in the Northern District of

24 California. 28 U.S.C. § 84(a). Accordingly, venue for this action is proper in the Northern

25 District, but not in this District.

26     The parties to this action, by and through their attorneys, hereby stipulate and request of

27 the Court that this action should be transferred to the Northern District of California pursuant to

28 28 U.S.C. § 1406(a). Section 1406(a) provides:

-1-

1
2
> The district court of a district in which is filed a case laying in venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

Because venue is proper only in the Northern District, the parties believe that the interests of justice require that this action be transferred to the United States District Court for the Northern District of California.

In addition, the time for a response to the complaint has not yet run, and in view of the uncertainty as to when this action will be docketed and assigned to a jdge in the Northern District of California, the parties further stipulate and request of the Court that the time for the Defendants to answer, move, plead or otherwise respond to the Complaint should be extended to 40 days after the date the action is docketed and assigned to a judge in the Northern District of California.

Respectfully submitted,

Dated: April 24, 2007.   McGREGOR W. SCOTT
United States Attorney


By:   /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney
Attorneys for Defendants


/s/ James M. Makasian
Attorney for Plaintiff

-2-

**ORDER**

The foregoing stipulation is approved and this action is hereby transferred to the United States District Court for the Northern District of California, the judicial district in which this case should have been brought. The time for Defendants to answer, move, plead or otherwise respond to the Plaintiff's Complaint shall be extended to 40 days after the action is docketed, and a judge assigned, in the Northern District of California. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: __April 27, 2007__ _____/s/ Oliver W. Wanger_____
UNITED STATES DISTRICT JUDGE