1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 RANJIT KAUR,                                  )
                                                 )  No. C 07-2384 MEJ
13            Plaintiff,                         )
                                                 )
14       v.                                      )
                                                 )  **ADR CERTIFICATION**
15 MICHAEL CHERTOFF, Secretary of Homeland       )
   Security; EMILIO GONZALEZ, Director of the    )
16 United States Citizenship and Immigration     )
   Services; DAVID STILL, District Director of the )
17 United States Citizenship and Immigration     )
   Services; DON RIDING, Officer in Charge of the )
18 Fresno Office of the United States Citizenship )
   Immigration Services; McGREGOR W. SCOTT,     )
19 United States Attorney for the Eastern District of )
   California,                                   )
20                                               )
              Defendants.                        )
21 _____)

22

23   **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

24      Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she

25 has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

26 California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>

27 discussed the available dispute resolution options provided by the court and private entities, and

28 considered whether this case might benefit from any of them.

ADR Certification
C07-2384 MEJ                              1

1

2  Dated: July 20, 2007                                  /s/
                                              EDWARD A. OLSEN
3                                             Assistant United States Attorney
                                              Attorney for Defendants
4

5

6  Dated: July 20, 2007                                  /s/
                                              JAMES M. MAKASIAN
                                              STEVEN P. SIMONIAN, JR.
7                                             Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR Certification
C07-2384 MEJ                              2