1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 RANJIT KAUR,                              )
                                             )   No. C 07-2384 MEJ
13         Plaintiff,                        )
                                             )
14      v.                                   )
                                             )   **NOTICE OF NEED FOR ADR**
15 MICHAEL CHERTOFF, Secretary of Homeland   )   **PHONE CONFERENCE**
   Security; EMILIO GONZALEZ, Director of the)
16 United States Citizenship and Immigration )
   Services; DAVID STILL, District Director of the )
17 United States Citizenship and Immigration )
   Services; DON RIDING, Officer in Charge of the )
18 Fresno Office of the United States Citizenship )
   Immigration Services; McGREGOR W. SCOTT, )
19 United States Attorney for the Eastern District of )
   California,                               )
20                                           )
           Defendants.                       )
21 _____  )

22     The parties have not reached an agreement to an ADR process.

23     Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program

24 Counsel before the case management conference.

25     Last day to file Joint Case Management Statement:   August 2, 2007

26     Date of Initial Case Management Conference:        August 9, 2007

27     The following counsel will participate in the ADR phone conference:

28

Notice of Need for ADR Phone Conference
C 07-2384 MEJ                                 1

| | *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Edward A. Olsen | Defendants | (415) 436-6915 | (415) 436-6927 |
| 3 | James M. Makasian | Plaintiff | (559) 442-4212 | (559) 442-4127 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Petitioner's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

_____

**For court use only:**

**ADR Phone Conference Date:** _____     **Time:** _____ **AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date:** _____          _____
                                                        **ADR Case Administrator**

Notice of Need for ADR Phone Conference
C 07-2384 MEJ                2