1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 RANJIT KAUR,                                )
                                                ) No. C 07-2384 MEJ
13              Plaintiff,                     )
                                                )
14     v.                                       )
                                                ) **STIPULATION TO REMAND AND TO**
15 MICHAEL CHERTOFF, Secretary of Homeland     ) **VACATE CASE MANAGEMENT**
   Security; EMILIO GONZALEZ, Director of the  ) **CONFERENCE; AND**
16 United States Citizenship and Immigration   ) **[PROPOSED] ORDER**
   Services; DAVID STILL, District Director of the )
17 United States Citizenship and Immigration   )
   Services; DON RIDING, Officer in Charge of the )
18 Fresno Office of the United States Citizenship )
   Immigration Services; McGREGOR W. SCOTT,   )
19 United States Attorney for the Eastern District of )
   California,                                 )
20                                              )
                Defendants.                     )
21 _____

22
       Plaintiff, by and through his attorneys of record, and Defendants, by and through their
23
   attorneys of record, hereby stipulate, subject to the approval of the Court, to remand this matter to
24
   the United States Citizenship and Immigration Services with instructions to adjudicate the
25
   plaintiff's application for naturalization within 30 days.
26
       The parties also ask this Court to vacate the case management conference, currently scheduled
27
   for August 9, 2007, at 10:00 a.m.
28

   STIPULATION TO REMAND
   C07-2384 MEJ                             1

1   Each of the parties shall bear their own costs and fees.

2

3   Date: August 2, 2007                              Respectfully submitted,

                                                      SCOTT N. SCHOOLS
4                                                     United States Attorney

5
                                                              /s/
6                                                     EDWARD A. OLSEN
                                                      Assistant United States Attorney
7                                                     Attorneys for Defendants

8

9                                                             /s/
    Date: August 3, 2007                              JAMES M. MAKASIAN
10                                                    Attorneys for Plaintiff

11
                                        **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14  Date: _____
                                                      MARIA-ELENA JAMES
15                                                    United States Magistrate Judge

STIPULATION TO REMAND
C07-2384 MEJ                                  2