1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 RANJIT KAUR,                              )
                                             ) No. C 07-2384 MEJ
13              Plaintiff,                   )
                                             )
14         v.                                )
                                             ) **STIPULATION TO REMAND AND TO**
15 MICHAEL CHERTOFF, Secretary of Homeland   ) **VACATE CASE MANAGEMENT**
   Security; EMILIO GONZALEZ, Director of the) **CONFERENCE; AND**
16 United States Citizenship and Immigration ) [PROPOSED] **ORDER**
   Services; DAVID STILL, District Director of the )
17 United States Citizenship and Immigration )  ORDER CLOSING FILE
   Services; DON RIDING, Officer in Charge of the )
18 Fresno Office of the United States Citizenship )
   Immigration Services; McGREGOR W. SCOTT, )
19 United States Attorney for the Eastern District of )
   California,                              )
20                                          )
                Defendants.                  )
21 _____

22
       Plaintiff, by and through his attorneys of record, and Defendants, by and through their
23
   attorneys of record, hereby stipulate, subject to the approval of the Court, to remand this matter to
24
   the United States Citizenship and Immigration Services with instructions to adjudicate the
25
   plaintiff's application for naturalization within 30 days.
26
       The parties also ask this Court to vacate the case management conference, currently scheduled
27
   for August 9, 2007, at 10:00 a.m.
28

STIPULATION TO REMAND
C07-2384 MEJ                          1

1 | Each of the parties shall bear their own costs and fees.

2

3 | Date: August 2, 2007               Respectfully submitted,

4 |                                    SCOTT N. SCHOOLS
                                       United States Attorney

5

6 |                                    /s/
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney
7 |                                    Attorneys for Defendants

8

9 |                                    /s/
    Date: August 3, 2007               JAMES M. MAKASIAN
10|                                    Attorneys for Plaintiff

11

12|                                  **ORDER**

13|     Pursuant to stipulation, IT IS SO ORDERED.

14| Date: August 6, 2007              _____
                                      MARIA-ELENA JAMES
15|                                   United States Magistrate Judge

STIPULATION TO REMAND
C07-2384 MEJ                          2